### STATE v. JIM HAMMONDS.

(Filed 19 June 1968.)

**Assault and Battery § 14—**

Evidence in this case *is held* sufficient to support a conviction of assault in violation of G.S. 14-34.

APPEAL from *McKinnon, J.,* Regular October-November 1967 Session, ROBESON Superior Court.

The defendant was charged in a valid warrant with the violation of G.S. 14-34, an assault on 28 September 1967 on Magnolia Deese by unlawfully and wilfully pointing a pistol at her. The defendant entered a plea of not guilty in the District Court Division of the General Court of Justice, and from a finding of guilty in that Court, he appealed to the Superior Court.

In the Superior Court the defendant, through his privately-employed attorney, entered a plea of not guilty and a jury returned a verdict finding the defendant guilty as charged.

*T. W. Bruton, Attorney General, and Millard R. Rich, Jr., Assistant Attorney General, for the State.*

*N. L. Britt, Attorney for defendant appellant.*

CAMPBELL, J. The evidence reveals that on 28 September 1967 the defendant went to the home of his aunt, Magnolia Deese, for the purpose of getting his ten year old daughter Marlene. While at the home, the defendant threatened to kill Magnolia Deese with a pistol and, likewise, threatened to kill other members of the family.

The evidence is replete to the effect that the defendant did commit an assault upon Magnolia Deese by pointing a pistol at her. The record reveals no error in the trial.

Affirmed.

BRITT and MORRIS, JJ., concur.